IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEPH CASTILLO, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. SA-22-CV-301-FB |
| RAFAEL PAREDES SANCHEZ and PATRICIA OLGA VALDEZ, | § § § | |
| Defendants. | § § | |

### *ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT*

Before the Court is the Agreed Motion to Dismiss with Prejudice filed by the parties on June 26, 2023 (docket #23). In the motion, the parties advise the Court that they wish voluntarily to dismiss this action in its entirety with prejudice as to the refiling of the same, with all parties bearing their respective costs. The Court finds the agreed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Agreed Motion to Dismiss with Prejudice (docket #23) is GRANTED such that all claims, counts and/or demands asserted by Plaintiff against the Defendants are DISMISSED WITH PREJUDICE to the of Plaintiff to re-file, in whole or in part, the same or similar claims against the Defendants. re-filing of the same.

IT IS FURTHER ORDERED that Plaintiff and Defendants shall each bear their own costs, expenses and attorneys' fees. Motions pending, if any, are DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 26th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE